COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SNOW FOGEL SPENCE LLP, | § | No. 08-09-00251-CV |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| WINIFRED WACKMAN, | § | of Brewster County, Texas |
| JANICE KELLOGG, JESSICA CLARK, and JOSEPH GRADY CLARK, | § | (TC# 2008-11-B8808-CV) |
| Appellees. | § | |

**MEMORANDUM OPINION**

Pending before the Court is the joint motion of Appellant, Snow Fogel Spence LLP, and Appellees, Winifred Wackman, Janice Kellogg, Jessica Clark, and Joseph Grady Clark, to dismiss this appeal pursuant to TEX.R.APP.P. 42.1 because the parties have settled all matters in controversy. We grant the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

June 30, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.